**Order entered May 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01033-CR

**ADDISON DOUGLAS MAYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84413-2019**

### ORDER

Before the Court is the State's May 10, 2022 motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     BILL PEDERSEN, III
        JUSTICE